UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar
Honorable J. Read Murphy, PJO
450 Main Street, Hartford, CT

Chambers Room #125 - Annex

January 22, 2004
10:00 a.m.



1.5 hrs.

NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELED BY THEIR RESPECTIVE ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLECTIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLICABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION. <u>EACH PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE TIME SET FORTH ABOVE.</u>

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.

CASE NO. 3:02CV01560 (AVC) Turcotte, et al v. Proto, et al

Paul J. Dorsi
Donahue & Votto, PC
415 Main St.
West Haven, CT 06516

John R. Williams
Williams & Pattis
51 Elm St., Ste. 409
New Haven, CT 06510

Michael A. Wolak III
Office Of Corporation Counsel
City Of New Haven
165 Church St., 4th Floor
New Haven, CT 06510

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK