UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Elizabeth Turcotte, et al

V.                              Case Number: 3:02CV1560(AVC)

Robert P. Proto, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on January 22, 2004 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 21, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Hartford, Connecticut, January 22, 2004.


KEVIN F. ROWE, CLERK

By:   /s/ JW
      Jo-Ann Walker
      Deputy Clerk