UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELIZABETH TURCOTTE and
DAVID TURCOTTE

   v.         CASE NO. 3:02CV01560(AVC)

ROBERT P. PROTO, R. FAZZINO,
CITY OF WEST HAVEN, WILLIAM
WHITE and CITY OF NEW HAVEN

JUDGMENT

  Counsel of record having reported to the Court on January 22, 2004 that the above-entitled case had been settled on January 22, 2004, and no closing papers having been filed to date; it is hereby

  ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

  Dated at Hartford, Connecticut, this 25th day of February, 2004.

             KEVIN F. ROWE, CLERK


           By    /s/ JW
              Jo-Ann Walker
              Deputy Clerk


EOD: